UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rodney J. Goich,  File No. 19-3064 (ECT/BRT)

      Petitioner,

v.  **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Warden Birkholz,

      Respondent.

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on August 3, 2020. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2. To the extent Petitioner challenges his monetary fine and the loss of telephone, e-mail, and visiting privileges, Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

3. In all other respects, Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 26, 2020         s/ Eric C. Tostrud
                                                       Eric C. Tostrud
                                                       United States District Court